## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

WILDEARTH GUARDIANS                    )
516 Alto Street                        )
Santa Fe, New Mexico 87501             )
                                       )
    Plaintiff,                    )            Case No. _____
                                       )
v.                                     )
                                       )
U.S. BUREAU OF LAND MANAGEMENT         )
1849 C Street NW                       )
Washington, D.C. 20240                 )
                                       )
    Defendant.                    )

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

### INTRODUCTION

1.    Defendant United States Bureau of Land Management ("BLM") has wrongfully withheld records responsive to requests made by Plaintiff WildEarth Guardians ("Guardians") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.*

2.    In October of 2017, Guardians submitted four requests under FOIA to BLM for records related to the agency's management of publicly owned oil and gas resources. The requests included the following: (1) a request for records related BLM's decision to stop sharing data regarding idled applications for permits to drill for oil and gas; (2) a request for records related to changes to BLM's automated fluid minerals support system database; (3) a request for records related to an October 6, 2017, press release discussing oil and gas leases sold by BLM in September 2017; and (4) a request

for records related to a November 16, 2017, meeting in Grand Junction, Colorado,
regarding the Administration's energy dominance agenda. BLM oversees extensive
public land and resources in the United States, especially the American West. The agency
is also responsible for managing the development of publicly owned oil and gas
resources. Guardians sought the requested records in order to better understand major
shifts in the way the agency is managing oil and gas resources and demonstrating
accountability to the American public and compliance with federal law. Guardians
intended to disseminate the requested records broadly to its members and the public using
the internet and other forums.

3.      Contrary to FOIA, BLM failed to make a determination on Guardians'
FOIA requests within the time limits required by the statute, and failed to produce any of
the records sought. Guardians requests an order declaring that BLM has violated FOIA,
directing BLM to make a determination on Guardians' FOIA requests, and compelling
BLM to provide Guardians with the records it has requested by a date certain.

### JURISDICTION AND VENUE

4.      This Court has jurisdiction over this action pursuant to the Freedom of
Information Act, 5 U.S.C. § 552(a)(4)(B). This Court also has jurisdiction over this action
pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1361 (action to compel
an officer of the United States to perform his duty).

5.      This Court has authority to grant declaratory relief pursuant to the
Declaratory Judgment Act, 28 U.S.C. § 2201. This Court has authority to grant injunctive
relief pursuant to 28 U.S.C. § 2202 and 5 U.S.C. § 552(a)(4)(B).

6.      This Court has authority to award costs and attorney fees pursuant to 5
U.S.C. § 552(a)(4)(E).

7.      Venue is appropriate under 5 U.S.C. § 552(a)(4)(B). Venue is also
appropriate under 28 U.S.C. § 1391 because defendant is an agency of the United States
with its primary office in Washington, D.C., and a substantial part of the events or
omissions giving rise to this claim occurred in this judicial district.

**PARTIES**

8.      Plaintiff WILDEARTH GUARDIANS ("Guardians") is a non-profit
conservation organization dedicated to protecting and restoring the wildlife, wild places,
wild rivers, and health of the American West. Guardians has offices in Colorado,
Montana, New Mexico, Arizona, Washington, and Oregon. With more than 202,000
members and supporters, Guardians works to sustain a transition from fossil fuels to
clean energy in order to safeguard the West. The records sought in this action are
requested in support of these efforts.

9.      Guardians works in furtherance of its goals in part by acquiring
information regarding federal programs and activities through FOIA. Guardians then
compiles and analyzes that information and, subsequently, disseminates that information
to its membership, the general public, and public officials through various sources
including publications, reports, its website and newsletter, general news media coverage,
and public presentations. Guardians' successful efforts at educating the public on issues
concerning federal government programs and activities that affect the environment
contribute significantly to the public's understanding of governmental operations and
activities. Guardians also uses the information that it acquires through FOIA to

3

participate in federal decision-making processes, to file administrative appeals and civil actions, and generally to ensure that federal agencies comply with federal environmental laws.

10.     Guardians, its staff, or one or more of its members are directly injured by BLM's failure to comply with the statutory requirements of FOIA, and a favorable outcome of this litigation will redress that injury. Guardians brings this action on behalf of itself, its staff, and its members.

11.     Defendant UNITED STATES BUREAU OF LAND MANAGEMENT ("BLM") is an agency as defined by 5 U.S.C. § 552(f)(1). FOIA charges BLM with the duty to provide public access to records in its possession. BLM has possession of the records sought by Guardians. BLM is denying Guardians access to its records in contravention of federal law.

## FACTUAL AND LEGAL BACKGROUND

12.     FOIA requires federal agencies to "determine within 20 days . . . after the receipt of any [FOIA] request whether to comply with such request and . . . immediately notify the person making such request of . . . such determination and the reasons therefor[.]" 5 U.S.C. § 552(a)(6)(A)(i)(I).

**A.     BLM's Decision to Stop Sharing Data Regarding Idled APDs.**

13.     On October 11, 2017, Guardians submitted a FOIA request to BLM via email requesting "any and all records related in any way to the BLM's decision to no longer provide updates on the number of oil and gas well APDs [applications for permits to drill] that the BLM has approved, but that industry has not used."

14.     Guardians did not receive any communications from BLM related to its request. On December 1, 2017, Guardians sent an email to BLM's FOIA Officer inquiring about the status of its request. BLM's FOIA Officer did not respond to Guardians' inquiry. Guardians sent a second email to the BLM FOIA Officer on December 18, 2017, inquiring about the status of its request.

15.     On February 13, 2018, Guardians received an email from BLM stating the agency had received Guardians' request and assigned it control number 2018-00472. The email did not state a date by which BLM would make a determination on Guardians' request.

16.     Nearly four months passed between the time Guardians submitted its FOIA request to BLM and the agency's response assigning a control number to the request.

**B.     Changes to BLM's Automated Fluid Minerals Support System Database.**

17.     On October 17, 2017, Guardians submitted a FOIA request to BLM via email requesting "any and all records documenting, discussing, and/or describing changes to the BLM's Automated Fluid Minerals Support System ("AFMSS") website at https://reports.blm.gov/reports.cfm?application=AFMSS. We request all responsive records created and/or obtained since January 20, 2017."

18.     Guardians did not receive any communications from BLM related to its request. On December 1, 2017, Guardians sent an email to BLM's FOIA Officer inquiring about the status of its request. BLM's FOIA Officer did not respond to Guardians' inquiry. Guardians sent a second email to the BLM FOIA Officer on December 18, 2017, inquiring about the status of its request.

19.     On February 13, 2018, Guardians received an email from BLM stating the agency had received Guardians' request and assigned it control number 2018-00473. The email did not state a date by which BLM would make a determination on Guardians' request.

20.     Nearly four months passed between the time Guardians submitted its FOIA request to BLM and the agency's response assigning a control number to the request.

**C.     October 6, 2017, Press Release Relating to Oil and Gas Leases Sold In September 2017.**

21.     On October 10, 2017, Guardians submitted a FOIA request to BLM via email requesting "any and all records related in any way to [BLM's] October 6, 2017 press release" regarding the sale of federal oil and gas lease parcels in the month of September 2017.

22.     Guardians did not receive any communications from BLM related to its request. On December 1, 2017, Guardians sent an email to BLM's FOIA Officer inquiring about the status of its request. BLM's FOIA Officer did not respond to Guardians' inquiry. Guardians sent a second email to the BLM FOIA Officer on December 18, 2017, inquiring about the status of its request.

23.     On February 13, 2018, Guardians received an email from BLM stating the agency had received Guardians' request and assigned it control number 2018-00471. The email did not state a date by which BLM would make a determination on Guardians' request.

24.     Nearly four months passed between the time Guardians submitted its
FOIA request to BLM and the agency's response assigning a control number to the
request.

**D.      November 16, 2017, Meeting in Grand Junction, Colorado, Regarding the
Administration's Energy Dominance Agenda.**

25.     On October 19, 2017, Guardians submitted a FOIA request to BLM via
email requesting "any and all records related in any way to the appearance/presentation
that Kate MacGregor, Acting Assistant Secretary of Land and Minerals Management,
will make on November 16, 2017 in Grand Junction, Colorado before the Grand Junction
Petroleum and Mining Club."

26.     Guardians did not receive any communications from BLM related to its
request. On November 30, 2017, Guardians sent an email to BLM's FOIA Officer
inquiring about the status of its request. BLM's FOIA Officer did not respond to
Guardians' inquiry.

27.     On February 6, 2018, Guardians sent a letter to BLM's FOIA Officer
regarding the October 19, 2017, FOIA request. In its letter, Guardians informed BLM
that it had never acknowledged receipt of Guardians' request, or assigned a control
number to the request. Guardians requested that BLM assign a control number to its
FOIA request. BLM has not responded to this letter, nor has BLM provided a control
number for this request.

28.     As of the filing of this Complaint, BLM has not communicated with
Guardians regarding its request in any way. Over 120 days have passed since Guardians
submitted this FOIA request to BLM on October 19, 2017.

**E.     Status of All FOIA Requests.**

29.     To date, BLM has not communicated to Guardians the scope of the documents it intends to produce and withhold in response to any of Guardians' four FOIA requests or disclosed records responsive to its requests.

30.     Guardians has fully exhausted its administrative remedies for all four of its FOIA requests to BLM. Administrative remedies are deemed exhausted whenever an agency fails to comply with the applicable time limits of FOIA, as provided in 5 U.S.C. § 552(a)(6)(C)(i). Guardians now turns to this Court to enforce the remedies and public access to agency records guaranteed by FOIA.

## CLAIM FOR RELIEF

### Violation of FOIA – Failure to Make a Determination on Guardians' FOIA Requests Within the Statutory Time Frame

31.     Guardians incorporates all the allegations in this complaint by this reference.

32.     BLM has not communicated to Guardians the scope of the documents it intends to produce and withhold in response to the FOIA requests described in this Complaint. BLM has not provided its reasons for withholding any documents, and it has not disclosed to Guardians records responsive to the FOIA requests described in this complaint.

33.     This failure to make a determination on Guardians' four FOIA requests described in this Complaint within the time frame required by FOIA is a constructive denial and wrongful withholding of requested records in violation of FOIA, 5 U.S.C. § 552.

34.     Guardians is entitled to reasonable costs of litigation, including attorney fees, pursuant to FOIA, for BLM's violations of FOIA. 5 U.S.C. § 552(a)(4)(E).

## REQUEST FOR RELIEF

WHEREFORE, Guardians respectfully requests that this Court:

A.     Declare that BLM has violated FOIA by wrongfully withholding the records Guardians requested;

B.     Order BLM to make a determination on Guardians' FOIA requests and to provide Guardians with all wrongfully withheld records;

C.     Maintain jurisdiction over this action until BLM complies with FOIA and every Order of this Court;

D.     Award Guardians its costs and reasonable attorney fees incurred in prosecuting this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

E.     Grant such other and additional relief as the Court deems just and proper.

Respectfully submitted on this 9th day of March, 2018,

/s/ Samantha Ruscavage-Barz
Samantha Ruscavage-Barz (Bar No. CO0053)
WildEarth Guardians
516 Alto St.
Santa Fe, New Mexico 87501
(505) 401-4180
sruscavagebarz@wildearthguardians.org

/s/ Kelly E. Nokes
Kelly E. Nokes (Bar No. MT0001)
WildEarth Guardians
2590 Walnut St.
Denver, CO 80205
(406) 209-9545
knokes@wildearthguardians.org

*Attorneys for Plaintiff WildEarth Guardians*